**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| ALONZO ISRAEL VALENZUELA, | |
| Petitioner, | No. 08-73333 |
| v. | Agency No. A036-172-069 |
| ERIC H. HOLDER, JR., Attorney General, | **O R D E R**<sup>*</sup> |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted February 11, 2011
Pasadena, California

Before:    TASHIMA and FISHER, Circuit Judges, and WOLF, District Judge.<sup>**</sup>

The government's unopposed motion for remand is granted so that the Board

of Immigration Appeals ("BIA") can reconsider its July 2, 2008, decision denying

_____

<sup>*</sup>    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.
<sup>**</sup>    The Honorable Mark L. Wolf, Chief United States District Judge for the
District of Massachusetts, sitting by designation.

petitioner's application for a waiver under former § 212(c) of the Immigration and Nationality Act, in light of *Judulang v. Holder*, 2011 WL 6141311 (U.S. Dec. 12, 2011). The memorandum disposition filed May 15, 2011, 421 F. App'x 745, is vacated. Petitioner's petition for panel rehearing and rehearing en banc is denied, as moot.

**REMANDED** to the BIA. No costs.